# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ZAFAR IQBAL,

                Petitioner,

   v.

LAURA HERMOSILLO, et al.,

                Respondent.

CASE NO. 2:26-CV-40-DWC

ORDER ON VOLUNTARY DISMISSAL

On January 16, 2026, Petitioner Zafar Iqbal filed a Notice of Voluntary Dismissal seeking dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 6. Respondents have not served an answer or a motion for summary judgment in this action. Therefore, Petitioner's Notice of Voluntary Dismissal (Dkt. 6) is granted and this action is dismissed without prejudice. The Clerk's Office is directed to close this case.

Dated this 20th day of January, 2026.

                                            David W. Christel
                                            United States Magistrate Judge